# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**v.**                **Case No. 4:14-cr-111 KGB**

**CHARLES SIMMONS**                                                     **DEFENDANT**

## ORDER

       Defendant Charles Simmons has filed a motion (Dkt. No. 3), which the Court construes as a motion for early termination of supervised release. The Court directs the Clerk to send a copy of the motion, along with a copy of this Order, to John Ray White, Chief of the Criminal Division for the United States Attorney's Office. The United States must respond to the motion, after conferring with the probation office, within 14 days from the entry of this Order.

       SO ORDERED this 20th day of March, 2015.

                                                          _____
                                                          Kristine G. Baker
                                                          United States District Judge